## STATE v. BROOKS

No. 51P02

Case below: 148 N.C. App. 191

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 6 March 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002.

## STATE v. CHAMBERS

No. 35A02

Case below: Rowan County Superior Court

Request by defendant pro se for judicial notice on discretionary review of the trial court's decision denying motion for appropriate relief dismissed 6 March 2002.

## STATE v. FOREMAN

No. 33P02

Case below: 147 N.C. App. 787

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 6 March 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002.

## STATE v. FOWLER

No. 26P02

Case below: 148 N.C. App. 216

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002.

## STATE v. GEDDIE

No. 561A94-2

Case below: Johnston County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Johnston County, denied 6 March 2002.